IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **NOE BAZAN,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **VS.** | § | |
| | § | Civil Action No.____**7:16-cv-152**____ |
| **STATE FARM LLOYDS,** | § | |
| *Defendants*. | § | |
| | § | |
| | § | |
| | § | |

**<u>EXHIBIT 1</u>**

Page **1** of **1**



## LAW

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

April 16, 2015

***Via Facsimile (844) 236-3646***
Rosa Contreras
State Farm Lloyds
PO Box 106169
Atlanta, GA 30348-6169

      Re:    Our Client:   Noe Bazan
               Claim No.:   53-510T-746
               Policy No.:   83-BP-U578-6
               Date of Loss: August 16, 2014

Dear Ms. Contreras:

Please accept this letter and the attached damage model and estimate as my client's final demand regarding the above referenced claim. Please find enclosed:

      1.  Noe Bazan Damage Model; and,

      2.  Quality Loss Assessment Estimate.

State Farm's failure to abide by the terms of the referenced policy (the "Policy") led to a relatively small roof replacement claim growing into a large claim—as happens when insurance companies refuse to insure a covered loss in Texas. As you know, the TEXAS INSURANCE CODE provides significant statutory penalties when an insurance company fails to pay a claim. The attached damage model highlights those penalties. Based on State Farm's failures—and my client's resulting damages that include attorneys' fees and expert fees—my client demands **$26,603.01** to resolve his claims. This figure accounts for my client's deductible of $2,612.00. Because my client is

JOSH DAVIS LAW FIRM

Rosa Contreras
April 16, 2015
Page 2

alleging breach of contract, I am not withholding depreciation in the damage model. These claims—in which State Farm has violated the TEXAS INSURANCE CODE and the clear terms of the Policy—require full resolution.

State Farm essentially denied the claim, finding only $2,669.84 worth of damage. This finding is shown to be completely inaccurate based on Quality Loss Assessment's inspection and the attached photographs.

Based on Quality Loss Assessment's estimate of $12,758.64, State Farm has severely underestimated the damage to the property. State Farm fails to offer any evidence of its investigation that could attribute the properties damage to some non-covered loss event.

Based on State Farm's violations of the INSURANCE CODE thus far, along with a very credible estimate from Quality Loss Assessment, I fully expect a jury to pay fair value for this claim. My client was required to retain multiple experts and an attorney to fight for the policy proceeds State Farm is required to pay under the Policy. My client demands **$26,603.01** to resolve his claim, payable to Noe Bazan & Joshua P. Davis, P.C., d/b/a Josh Davis Law Firm by **May 15, 2015**. If we have not received payment by that date this settlement demand is withdrawn and we will file suit.

If you have any comments or concerns, please do not hesitate to contact me at (713) 337-4100.

With best wishes,

/s/ J.P. Davis

Joshua P. Davis

JPD:kr
Enclosures

P. 1

```
x  x  x  Communication Result Report ( Apr. 16. 2015 11:38AM ) x  x  x
                                                                1)
                                                                2)
```

Date/Time: Apr. 16. 2015 11:25AM

| File<br>No. Mode | Destination | Pg(s) | Result | Page<br>Not Sent |
|---|---|---|---|---|
| 2448 Memory TX | 18442363646 | P. 41 | OK | |

```
------------------------------------------------------------------------
Reason for error
      E. 1) Hang up or line fail          E. 2) Busy
      E. 3) No answer                     E. 4) No facsimile connection
      E. 5) Exceeded max. E-mail size     E. 6) Destination does not support IP-Fax
```

# j|d

## LAW

713.337.4130          1001 Lamar, Suite 200          713.337.4101
TELEPHONE          HOUSTON, TEXAS 77002          FACSIMILE

### FACSIMILE TRANSMITTAL SHEET

TO:   Rosa Contreras
      State Farm Lloyds

FAX NO.: (844) 236-3646

FROM:   Joshua P. Davis

PAGES (including cover sheet): 41

DATE:   April 16, 2015

RE:   Our Client:   Noe Bazan
      Claim No.:   53-510T-746
      Policy No.:   83-BP-U578-6
      Date of Loss: August 16, 2014

COMMENTS:

Please see attached.

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

## Bazan Damage Model

| | |
|---|---|
| Quality Loss Assessment Estimate | $12,758.64 |
| State Farm Deductible | $2,612.00 |
| State Farm Payment to Bazan | $0.00 |
| Total Policy Claims | $10,146.64 |
| | |
| 18% Penalty | $1,300.99 |
| | |
| Mental Anguish | $5,000.00 |
| | |
| Attorney's Fees | $7,039.05 |
| Taxable Court Costs | $1,150.00 |
| Pre-Judgment Interest | $1,966.32 |
| | |
| Total: | $26,603.01 |

## Quality Loss Assessment, LLC

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

Client:   Bazan, Noe
Property:   504 E. Biyaneta Ave.
     Pharr, TX 78577

Operator Info:
Operator:   EATON

Estimator:   Garza, Cory                           Business:   (210) 760-9621
Company:   Quality Loss Assessment, LLC          E-mail:   cory.qualityloss@gmail.com
Business:   600 E. Sonterra Blvd. Ste. 1406
     San Antonio, TX 78217

Type of Estimate:
Date Entered:   9/23/2014             Date Assigned:   9/23/2014
Date Est. Completed:   9/23/2014        Date Job Completed:

Price List:   TXMC7X1_JUL14
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   NB-1001

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**NB-1001**

**Main Level**



**Master Bedroom**                                                                        **Height: 8'**

| | |
|---|---|
| 432.00 SF Walls | 182.00 SF Ceiling |
| 614.00 SF Walls & Ceiling | 182.00 SF Floor |
| 20.22 SY Flooring | 54.00 LF Floor Perimeter |
| 54.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1.  Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |
| 2.  Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 20. R&R Baseboard - 2 1/4" | 13.00 LF | 0.33 | 2.30 | 34.19 |
| 21. R&R Casing - 2 1/4" | 17.00 LF | 0.41 | 1.86 | 38.59 |
| 22. Paint baseboard - two coats | 13.00 LF | 0.00 | 1.24 | 16.12 |
| 26. Paint baseboard - one coat | 41.00 LF | 0.00 | 0.82 | 33.62 |
| 23. Paint casing - two coats | 17.00 LF | 0.00 | 1.24 | 21.08 |
| 24. Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 0.00 | 354.24 | 354.24 |
| 25. Texture - Labor Minimum | 1.00 EA | 0.00 | 224.63 | 224.63 |
| Texture repair to affected wall caused by drywall replacement and removal of baseboard. | | | | |
| 10. Seal the surface area w/latex based stain blocker - one coat | 104.00 SF | 0.00 | 0.56 | 58.24 |
| 15. Paint the walls - one coat | 432.00 SF | 0.00 | 0.60 | 259.20 |
| 17. Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 18.42 | 36.84 |
| 18. Mask the floor per square foot - plastic and tape - 4 mil | 182.00 SF | 0.00 | 0.22 | 40.04 |
| 19. Mask and prep for paint - tape only (per LF) | 108.00 LF | 0.00 | 0.49 | 52.92 |
| 27. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 128.44 | 0.00 | 128.44 |
| 28. General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

Totals:  Master Bedroom                                                                                      1,435.34

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com



| | | |
|---|---|---|
| **Master Closet** | | **Height: 8'** |

| | |
|---|---|
| 222.78 SF Walls | 44.00 SF Ceiling |
| 266.78 SF Walls & Ceiling | 44.00 SF Floor |
| 4.89 SY Flooring | 27.42 LF Floor Perimeter |
| 30.00 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **2' 7" X 6' 8"** | **Opens into MASTER_BATH** |
|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 29. Content Manipulation charge - per hour | 3.00 HR | 0.00 | 35.54 | 106.62 |
| 30. Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 48. Provide wardrobe box & tape - large size | 4.00 EA | 0.00 | 20.07 | 80.28 |
| 33. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 11.58 |
| 49. Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 36. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 37. R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 40. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 50. Texture drywall - heavy hand texture | 266.78 SF | 0.00 | 0.72 | 192.08 |
| Monterey Style Texture | | | | |
| 38. Seal the walls and ceiling w/latex based stain blocker - one coat | 266.78 SF | 0.00 | 0.56 | 149.40 |
| 43. Paint the walls and ceiling - one coat | 266.78 SF | 0.00 | 0.60 | 160.07 |
| 44. Paint baseboard - one coat | 27.42 LF | 0.00 | 0.82 | 22.48 |
| 45. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 46. Mask more than the walls per square foot - plastic and tape - 4 mil | 266.78 SF | 0.00 | 0.22 | 58.69 |
| 47. Mask and prep for paint - tape only (per LF) | 57.42 LF | 0.00 | 0.49 | 28.14 |
| 51. General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

| | | |
|---|---|---|
| Totals: Master Closet | | 1,134.89 |

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com



| **Master Bath** | | | **Height: 8'** |
|---|---|---|---|

| | |
|---|---|
| 366.78  SF Walls | 143.00  SF Ceiling |
| 509.78  SF Walls & Ceiling | 143.00  SF Floor |
| 15.89  SY Flooring | 45.42  LF Floor Perimeter |
| 48.00  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **2' 7" X 6' 8"** | **Opens into MASTER_CLOSE** |
|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 52.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 35.54 | 35.54 |
| 53.  Medium Box, Packing Paper & Tape | 5.00 EA | 0.00 | 3.04 | 15.20 |
| 54.  R&R Baseboard - 2 1/4" | 10.00 LF | 0.33 | 2.30 | 26.30 |
| 55.  R&R Casing - 2 1/4" | 17.00 LF | 0.41 | 1.86 | 38.59 |
| 56.  Paint baseboard - two coats | 10.00 LF | 0.00 | 1.24 | 12.40 |
| 57.  Paint baseboard - one coat | 27.42 LF | 0.00 | 0.82 | 22.48 |
| 58.  Paint casing - two coats | 17.00 LF | 0.00 | 1.24 | 21.08 |
| 59.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 0.00 | 354.24 | 354.24 |
| 60.  Texture - Labor Minimum | 1.00 EA | 0.00 | 224.63 | 224.63 |
| Texture repair to affected wall caused by drywall replacement and removal of baseboard. | | | | |
| 61.  Seal the surface area w/latex based stain blocker - one coat | 96.00 SF | 0.00 | 0.56 | 53.76 |
| 62.  Paint part of the walls - one coat | 331.78 SF | 0.00 | 0.60 | 199.07 |
| 63.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 18.42 | 36.84 |
| 64.  Mask the floor per square foot - plastic and tape - 4 mil | 143.00 SF | 0.00 | 0.22 | 31.46 |
| 65.  Mask and prep for paint - tape only (per LF) | 93.42 LF | 0.00 | 0.49 | 45.78 |
| 67.  General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

| Totals:  Master Bath | | | | 1,153.08 |
|---|---|---|---|---|

| **Tub** | | | |
|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 118.  Detach & Reset Bathtub faucet (no shower) | 1.00 EA | 0.00 | 0.00 | 68.26 |

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**CONTINUED - Tub**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 112. R&R Wall veneer panels - cultured marble | 30.00 SF | 0.99 | 24.15 | 754.20 |
| 117. R&R 1/4" Cement board | 30.00 SF | 0.87 | 3.40 | 128.10 |

Totals: Tub    950.56

**Shower**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 102. Detach & Reset Shower faucet | 1.00 EA | 0.00 | 0.00 | 68.26 |
| 103. Detach & Reset Shower door - corner unit - oversized | 1.00 EA | 0.00 | 0.00 | 146.57 |
| 104. R&R Wall veneer panels - cultured marble | 72.00 SF | 0.99 | 24.15 | 1,810.08 |
| 105. Shower pan | 1.00 EA | 0.00 | 167.76 | 167.76 |
| 106. R&R Shower Base (cultured marble) | 1.00 EA | 39.94 | 597.29 | 637.23 |
| 107. R&R Shower drain - for use with waterproof membrane | 1.00 EA | 11.98 | 200.95 | 212.93 |
| 108. R&R Wall - soap dish - cultured marble | 1.00 EA | 4.99 | 54.59 | 59.58 |
| 109. R&R 1/4" Cement board | 72.00 SF | 0.87 | 3.40 | 307.44 |

Totals: Shower    3,409.85



**Bedroom Closet**                                                        **Height: 8'**

| 144.00 SF Walls | 14.00 SF Ceiling |
|---|---|
| 158.00 SF Walls & Ceiling | 14.00 SF Floor |
| 1.56 SY Flooring | 18.00 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 68. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |
| 69. Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**CONTINUED - Bedroom Closet**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 70.  Provide wardrobe box & tape - large size | 2.00 EA | 0.00 | 20.07 | 40.14 |
| 72.  Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 73.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 74.  R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 75.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 84.  R&R Baseboard - 2 1/4" | 9.00 LF | 0.33 | 2.30 | 23.67 |
| 85.  Paint baseboard - two coats | 9.00 LF | 0.00 | 1.24 | 11.16 |
| 76.  Texture drywall - heavy hand texture | 158.00 SF | 0.00 | 0.72 | 113.76 |
| Monterey Style Texture | | | | |
| 77.  Seal the walls and ceiling w/latex based stain blocker - one coat | 158.00 SF | 0.00 | 0.56 | 88.48 |
| 78.  Paint the walls and ceiling - one coat | 158.00 SF | 0.00 | 0.60 | 94.80 |
| 79.  Paint baseboard - one coat | 9.00 LF | 0.00 | 0.82 | 7.38 |
| 80.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 81.  Mask more than the walls per square foot - plastic and tape - 4 mil | 158.00 SF | 0.00 | 0.22 | 34.76 |
| 82.  Mask and prep for paint - tape only (per LF) | 36.00 LF | 0.00 | 0.49 | 17.64 |
| 83.  General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

Totals:  Bedroom Closet                                                                      828.42



| | **Kitchen** | | | **Height: 8'** |
|---|---|---|---|---|
| | 351.77  SF Walls | | 119.81  SF Ceiling | |
| | 471.58  SF Walls & Ceiling | | 119.81  SF Floor | |
| | 13.31  SY Flooring | | 43.97  LF Floor Perimeter | |
| | 43.97  LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 86.  Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**CONTINUED - Kitchen**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 87.  Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 89.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 11.58 |
| 90.  Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 91.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 92.  R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 93.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 94.  Texture drywall - heavy hand texture | 471.58 SF | 0.00 | 0.72 | 339.54 |
| Monterey Style Texture | | | | |
| 95.  Seal the walls and ceiling w/latex based stain blocker - one coat | 471.58 SF | 0.00 | 0.56 | 264.08 |
| 96.  Paint the walls and ceiling - one coat | 471.58 SF | 0.00 | 0.60 | 282.95 |
| 97.  Paint baseboard - one coat | 43.97 LF | 0.00 | 0.82 | 36.06 |
| 98.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 99.  Mask more than the walls per square foot - plastic and tape - 4 mil | 471.58 SF | 0.00 | 0.22 | 103.75 |
| 100.  Mask and prep for paint - tape only (per LF) | 87.94 LF | 0.00 | 0.49 | 43.09 |
| 101.  General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

| Totals:  Kitchen | | | | 1,477.68 |
|---|---|---|---|---|

| Total: Main Level | | | | 10,389.82 |
|---|---|---|---|---|

| **Line Item Totals: NB-1001** | | | | **10,389.82** |
|---|---|---|---|---|

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,836.55 | SF Walls | 585.21 | SF Ceiling | 2,421.76 | SF Walls and Ceiling |
| 585.21 | SF Floor | 65.02 | SY Flooring | 228.71 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 233.87 | LF Ceil. Perimeter |
| | | | | | |
| 585.21 | Floor Area | 650.51 | Total Area | 1,836.55 | Interior Wall Area |
| 1,397.30 | Exterior Wall Area | 155.26 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

## Summary

| | | | |
|---|---|---|---:|
| Line Item Total | | | 10,389.82 |
| Material Sales Tax | @ | 8.250% | 209.70 |
| Cleaning Mtl Tax | @ | 8.250% | 7.31 |
| Subtotal | | | 10,606.83 |
| Overhead | @ | 10.0% | 1,060.74 |
| Profit | @ | 10.0% | 1,060.74 |
| Cleaning Sales Tax | @ | 8.250% | 30.33 |
| **Replacement Cost Value** | | | **$12,758.64** |
| **Net Claim** | | | **$12,758.64** |

Garza, Cory



**j | d**

LAW

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

## FACSIMILE TRANSMITTAL SHEET

**TO:**   Rosa Contreras          **FAX NO.:** (844) 236-3646
          State Farm Lloyds

**FROM:**  Joshua P. Davis          **PAGES (including cover sheet):** 41

**DATE:**  June 17, 2015

**RE:**   Our Client:    Noe Bazan
          Claim No.:     53-510T-746
          Policy No.:    83-BP-U578-6
          Date of Loss:  August 16, 2014

COMMENTS:

   Please see attached.

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.



# j | d
## LAW

| 713.337.4100 | 1010 LAMAR, SUITE 200 | 713.337.4101 |
|---|---|---|
| TELEPHONE | HOUSTON, TEXAS 77002 | FACSIMILE |

JOSH DAVIS
josh@thejdfirm.com
*Board Certified in Personal Injury Trial Law*
*By the Texas Board of Legal Specialization*

June 17, 2015

***Via Facsimile (844) 236-3646***
Rosa Contreras
State Farm Lloyds
PO Box 106169
Atlanta, GA 30348-6169

      Re:   Our Client:  Noe Bazan
             Claim No.:   53-510T-746
             Policy No.:   83-BP-U578-6
             Date of Loss: August 16, 2014

Dear Ms. Contreras:

Please accept this letter and the attached damage model and estimate as my client's final demand regarding the above referenced claim. Please find enclosed:

1. Noe Bazan Damage Model; and,

2. Quality Loss Assessment Estimate.

State Farm's failure to abide by the terms of the referenced policy (the "Policy") led to a relatively small claim growing into a large claim—as happens when insurance companies refuse to insure a covered loss in Texas. As you know, the TEXAS INSURANCE CODE provides significant statutory penalties when an insurance company fails to pay a claim. The attached damage model highlights those penalties. Based on State Farm's failures—and my client's resulting damages that include attorneys' fees and expert fees—my client demands **$25,781.25** to resolve his claims. This figure accounts for my client's deductible of $2,612.00. Because my client is alleging breach of contract, I am not withholding depreciation in the damage model. These claims—in which State Farm

JOSH DAVIS LAW FIRM

Rosa Contreras
June 17, 2015
Page 2

has violated the TEXAS INSURANCE CODE and the clear terms of the Policy—require full resolution.

State Farm essentially denied the claim, finding only $2,669.84 worth of damage attributable to the accidental water discharge. This finding is shown to be completely inaccurate based on Quality Loss Assessment's inspection and the attached photographs. State Farm's adjustor failed to find any water related damage in Mr. Bazan's kitchen. Yet Quality Loss Assessment's estimate shows that there is $1,477.68 worth of damage attributable to the covered loss.

Based on Quality Loss Assessment's estimate of $12,758.64, State Farm has severely underestimated the damage to the property. State Farm fails to offer any evidence of its investigation that could attribute the properties damage to some non-covered loss event.

Based on State Farm's violations of the INSURANCE CODE thus far, along with a very credible estimate from Quality Loss Assessment, I fully expect a jury to pay fair value for this claim. My client was required to retain multiple experts and an attorney to fight for the policy proceeds State Farm is required to pay under the Policy. My client demands **$25,781.25** to resolve his claim, payable to Noe Bazan & Joshua P. Davis, P.C., d/b/a Josh Davis Law Firm by **July 17, 2015**. If we have not received payment by that date this settlement demand is withdrawn and we will file suit.

If you have any comments or concerns, please do not hesitate to contact me at (713) 337-4100.

With best wishes,

/s/ J.P. Davis

Joshua P. Davis

JPD:kr
Enclosures

## Bazan Damage Model

| | |
|---|---|
| Quality Loss Assessment Estimate | $12,758.64 |
| State Farm Deductible | $2,612.00 |
| State Farm Payment to Bazan | $0.00 |
| Total Policy Claims | $10,146.64 |
| | |
| 18% Penalty | $1,476.13 |
| | |
| Mental Anguish | $5,000.00 |
| | |
| Attorney's Fees | $7,109.11 |
| Taxable Court Costs | $1,150.00 |
| Pre-Judgment Interest | $899.38 |
| | |
| Total: | $25,781.25 |

## Quality Loss Assessment, LLC

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

|  |  |
|---|---|
| Client: | Bazan, Noe |
| Property: | 504 E. Biyaneta Ave. |
|  | Pharr, TX 78577 |

Operator Info:
Operator:     EATON

| | | | |
|---|---|---|---|
| Estimator: | Garza, Cory | Business: | (210) 760-9621 |
| Company: | Quality Loss Assessment, LLC | E-mail: | cory.qualityloss@gmail.com |
| Business: | 600 E. Sonterra Blvd. Ste. 1406 | | |
| | San Antonio, TX 78217 | | |

Type of Estimate:
Date Entered:          9/23/2014          Date Assigned:   9/23/2014
Date Est. Completed:   9/23/2014          Date Job Completed:

Price List:        TXMC7X1_JUL14
Labor Efficiency:  Restoration/Service/Remodel
Estimate:          NB-1001

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

**NB-1001**

**Main Level**



| Master Bedroom | | | | Height: 8' |
|---|---|---|---|---|
| 432.00 SF Walls | | | 182.00 SF Ceiling | |
| 614.00 SF Walls & Ceiling | | | 182.00 SF Floor | |
| 20.22 SY Flooring | | | 54.00 LF Floor Perimeter | |
| 54.00 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1.  Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |
| 2.  Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 20. R&R Baseboard - 2 1/4" | 13.00 LF | 0.33 | 2.30 | 34.19 |
| 21. R&R Casing - 2 1/4" | 17.00 LF | 0.41 | 1.86 | 38.59 |
| 22. Paint baseboard - two coats | 13.00 LF | 0.00 | 1.24 | 16.12 |
| 26. Paint baseboard - one coat | 41.00 LF | 0.00 | 0.82 | 33.62 |
| 23. Paint casing - two coats | 17.00 LF | 0.00 | 1.24 | 21.08 |
| 24. Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 0.00 | 354.24 | 354.24 |
| 25. Texture - Labor Minimum | 1.00 EA | 0.00 | 224.63 | 224.63 |
| Texture repair to affected wall caused by drywall replacement and removal of baseboard. | | | | |
| 10. Seal the surface area w/latex based stain blocker - one coat | 104.00 SF | 0.00 | 0.56 | 58.24 |
| 15. Paint the walls - one coat | 432.00 SF | 0.00 | 0.60 | 259.20 |
| 17. Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 18.42 | 36.84 |
| 18. Mask the floor per square foot - plastic and tape - 4 mil | 182.00 SF | 0.00 | 0.22 | 40.04 |
| 19. Mask and prep for paint - tape only (per LF) | 108.00 LF | 0.00 | 0.49 | 52.92 |
| 27. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 128.44 | 0.00 | 128.44 |
| 28. General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

| Totals:  Master Bedroom | | | | 1,435.34 |
|---|---|---|---|---|

NB-1001                                        9/30/2014              Page: 2

## Quality Loss Assessment, LLC

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com



**Master Closet**                                                        Height: 8'

| | |
|---|---|
| 222.78 SF Walls | 44.00 SF Ceiling |
| 266.78 SF Walls & Ceiling | 44.00 SF Floor |
| 4.89 SY Flooring | 27.42 LF Floor Perimeter |
| 30.00 LF Ceil. Perimeter | |

Missing Wall - Goes to Floor          2' 7" X 6' 8"          Opens into MASTER_BATH

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 29. Content Manipulation charge - per hour | 3.00 HR | 0.00 | 35.54 | 106.62 |
| 30. Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 48. Provide wardrobe box & tape - large size | 4.00 EA | 0.00 | 20.07 | 80.28 |
| 33. Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 11.58 |
| 49. Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 36. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 37. R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 40. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 50. Texture drywall - heavy hand texture | 266.78 SF | 0.00 | 0.72 | 192.08 |
| Monterey Style Texture | | | | |
| 38. Seal the walls and ceiling w/latex based stain blocker - one coat | 266.78 SF | 0.00 | 0.56 | 149.40 |
| 43. Paint the walls and ceiling - one coat | 266.78 SF | 0.00 | 0.60 | 160.07 |
| 44. Paint baseboard - one coat | 27.42 LF | 0.00 | 0.82 | 22.48 |
| 45. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 46. Mask more than the walls per square foot - plastic and tape - 4 mil | 266.78 SF | 0.00 | 0.22 | 58.69 |
| 47. Mask and prep for paint - tape only (per LF) | 57.42 LF | 0.00 | 0.49 | 28.14 |
| 51. General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

Totals: Master Closet                                                    1,134.89

NB-1001                                               9/30/2014          Page: 3

Jun. 17. 2015  4:38PM                                           No. 2793   P. 8

## Quality Loss Assessment, LLC

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com



**Master Bath**                                                           Height: 8'

| | | | | |
|---|---|---|---|---|
| 366.78 SF Walls | | | 143.00 SF Ceiling | |
| 509.78 SF Walls & Ceiling | | | 143.00 SF Floor | |
| 15.89 SY Flooring | | | 45.42 LF Floor Perimeter | |
| 48.00 LF Ceil. Perimeter | | | | |

Missing Wall - Goes to Floor          2' 7" X 6' 8"                Opens into MASTER_CLOSE

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 52.  Content Manipulation charge - per hour | 1.00 HR | 0.00 | 35.54 | 35.54 |
| 53.  Medium Box, Packing Paper & Tape | 5.00 EA | 0.00 | 3.04 | 15.20 |
| 54.  R&R Baseboard - 2 1/4" | 10.00 LF | 0.33 | 2.30 | 26.30 |
| 55.  R&R Casing - 2 1/4" | 17.00 LF | 0.41 | 1.86 | 38.59 |
| 56.  Paint baseboard - two coats | 10.00 LF | 0.00 | 1.24 | 12.40 |
| 57.  Paint baseboard - one coat | 27.42 LF | 0.00 | 0.82 | 22.48 |
| 58.  Paint casing - two coats | 17.00 LF | 0.00 | 1.24 | 21.08 |
| 59.  Drywall Repair - Minimum Charge - Labor and Material | 1.00 EA | 0.00 | 354.24 | 354.24 |
| 60.  Texture - Labor Minimum | 1.00 EA | 0.00 | 224.63 | 224.63 |
| Texture repair to affected wall caused by drywall replacement and removal of baseboard. | | | | |
| 61.  Seal the surface area w/latex based stain blocker - one coat | 96.00 SF | 0.00 | 0.56 | 53.76 |
| 62.  Paint part of the walls - one coat | 331.78 SF | 0.00 | 0.60 | 199.07 |
| 63.  Paint door/window trim & jamb - 1 coat (per side) | 2.00 EA | 0.00 | 18.42 | 36.84 |
| 64.  Mask the floor per square foot - plastic and tape - 4 mil | 143.00 SF | 0.00 | 0.22 | 31.46 |
| 65.  Mask and prep for paint - tape only (per LF) | 93.42 LF | 0.00 | 0.49 | 45.78 |
| 67.  General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

Totals:  Master Bath                                                        1,153.08

**Tub**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 118.  Detach & Reset Bathtub faucet (no shower) | 1.00 EA | 0.00 | 0.00 | 68.26 |

NB-1001                                           9/30/2014          Page: 4

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

### CONTINUED - Tub

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 112. R&R Wall veneer panels - cultured marble | 30.00 SF | 0.99 | 24.15 | 754.20 |
| 117. R&R 1/4" Cement board | 30.00 SF | 0.87 | 3.40 | 128.10 |

| Totals: Tub | | | | 950.56 |
|---|---|---|---|---|

### Shower

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 102. Detach & Reset Shower faucet | 1.00 EA | 0.00 | 0.00 | 68.26 |
| 103. Detach & Reset Shower door - corner unit - oversized | 1.00 EA | 0.00 | 0.00 | 146.57 |
| 104. R&R Wall veneer panels - cultured marble | 72.00 SF | 0.99 | 24.15 | 1,810.08 |
| 105. Shower pan | 1.00 EA | 0.00 | 167.76 | 167.76 |
| 106. R&R Shower Base (cultured marble) | 1.00 EA | 39.94 | 597.29 | 637.23 |
| 107. R&R Shower drain - for use with waterproof membrane | 1.00 EA | 11.98 | 200.95 | 212.93 |
| 108. R&R Wall - soap dish - cultured marble | 1.00 EA | 4.99 | 54.59 | 59.58 |
| 109. R&R 1/4" Cement board | 72.00 SF | 0.87 | 3.40 | 307.44 |

| Totals: Shower | | | | 3,409.85 |
|---|---|---|---|---|

**Bedroom Closet**                                                    Height: 8'

144.00 SF Walls                          14.00 SF Ceiling
158.00 SF Walls & Ceiling                14.00 SF Floor
1.56 SY Flooring                         18.00 LF Floor Perimeter
18.00 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 68. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |
| 69. Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |

NB-1001                                              9/30/2014         Page: 5

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

## CONTINUED - Bedroom Closet

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 70. Provide wardrobe box & tape - large size | 2.00 EA | 0.00 | 20.07 | 40.14 |
| 72. Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 73. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 74. R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 75. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 84. R&R Baseboard - 2 1/4" | 9.00 LF | 0.33 | 2.30 | 23.67 |
| 85. Paint baseboard - two coats | 9.00 LF | 0.00 | 1.24 | 11.16 |
| 76. Texture drywall - heavy hand texture | 158.00 SF | 0.00 | 0.72 | 113.76 |
| Monterey Style Texture | | | | |
| 77. Seal the walls and ceiling w/latex based stain blocker - one coat | 158.00 SF | 0.00 | 0.56 | 88.48 |
| 78. Paint the walls and ceiling - one coat | 158.00 SF | 0.00 | 0.60 | 94.80 |
| 79. Paint baseboard - one coat | 9.00 LF | 0.00 | 0.82 | 7.38 |
| 80. Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 81. Mask more than the walls per square foot - plastic and tape - 4 mil | 158.00 SF | 0.00 | 0.22 | 34.76 |
| 82. Mask and prep for paint - tape only (per LF) | 36.00 LF | 0.00 | 0.49 | 17.64 |
| 83. General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

Totals: Bedroom Closet                                              828.42



| Kitchen | | | | Height: 8' |
|---|---|---|---|---|
| | 351.77 SF Walls | | 119.81 SF Ceiling | |
| | 471.58 SF Walls & Ceiling | | 119.81 SF Floor | |
| | 13.31 SY Flooring | | 43.97 LF Floor Perimeter | |
| | 43.97 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 86. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 35.54 | 71.08 |

NB-1001                                    9/30/2014         Page: 6

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

CONTINUED - Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 87.  Medium Box, Packing Paper & Tape | 10.00 EA | 0.00 | 3.04 | 30.40 |
| 89.  Detach & Reset Heat/AC register - Mechanically attached | 1.00 EA | 0.00 | 0.00 | 11.58 |
| 90.  Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 41.98 |
| 91.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.77 | 67.20 |
| 92.  R&R Blown-in insulation - 14" depth - R38 | 32.00 SF | 0.86 | 1.28 | 68.48 |
| 93.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.33 | 1.65 | 63.36 |
| 94.  Texture drywall - heavy hand texture | 471.58 SF | 0.00 | 0.72 | 339.54 |
| Monterey Style Texture | | | | |
| 95.  Seal the walls and ceiling w/latex based stain blocker - one coat | 471.58 SF | 0.00 | 0.56 | 264.08 |
| 96.  Paint the walls and ceiling - one coat | 471.58 SF | 0.00 | 0.60 | 282.95 |
| 97.  Paint baseboard - one coat | 43.97 LF | 0.00 | 0.82 | 36.06 |
| 98.  Paint door/window trim & jamb - 1 coat (per side) | 1.00 EA | 0.00 | 18.42 | 18.42 |
| 99.  Mask more than the walls per square foot - plastic and tape - 4 mil | 471.58 SF | 0.00 | 0.22 | 103.75 |
| 100.  Mask and prep for paint - tape only (per LF) | 87.94 LF | 0.00 | 0.49 | 43.09 |
| 101.  General clean - up | 1.00 HR | 0.00 | 35.71 | 35.71 |

| Totals:  Kitchen | 1,477.68 |
|---|---|

| Total: Main Level | 10,389.82 |
|---|---|

| **Line Item Totals: NB-1001** | **10,389.82** |
|---|---|

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,836.55 | SF Walls | 585.21 | SF Ceiling | 2,421.76 | SF Walls and Ceiling |
| 585.21 | SF Floor | 65.02 | SY Flooring | 228.71 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 233.87 | LF Ceil. Perimeter |
| 585.21 | Floor Area | 650.51 | Total Area | 1,836.55 | Interior Wall Area |
| 1,397.30 | Exterior Wall Area | 155.26 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

NB-1001                                        9/30/2014          Page: 8

**Quality Loss Assessment, LLC**

600 E. Sonterra Blvd. Ste. 1406
San Antonio, TX. 78258
(210) 760-9621
cory.qualityloss@gmail.com

### Summary

| | | | |
|---|---|---|---:|
| Line Item Total | | | 10,389.82 |
| Material Sales Tax | @ | 8.250% | 209.70 |
| Cleaning Mtl Tax | @ | 8.250% | 7.31 |
| Subtotal | | | 10,606.83 |
| Overhead | @ | 10.0% | 1,060.74 |
| Profit | @ | 10.0% | 1,060.74 |
| Cleaning Sales Tax | @ | 8.250% | 30.33 |
| **Replacement Cost Value** | | | **$12,758.64** |
| **Net Claim** | | | **$12,758.64** |

Garza, Cory

33c1516824435WPSDZDM4 Received 6/17/2015 4:37:57 PM [Central Daylight Time]