United States District Court
Southern District of Texas

**ENTERED**

July 07, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **NOE BAZAN** | § | |
| *Plaintiff,* | § | |
| v. | § | **CAUSE NO. 7:16-CV-00152** |
| | § | |
| **STATE FARM LLOYDS** | § | |
| *Defendant.* | § | |

### FINAL JUDGMENT

On June 14, 2017, came on for trial the above referenced and numbered cause. Plaintiff Noe Bazan appeared in person and through his attorneys and announced ready for trial. Defendant State Farm Lloyds appeared in person through a trial representative and through its attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury. After each party presented their evidence, each rested and closed. The jury then received the Court's questions, definitions, and instructions and heard arguments of counsel. After completing its deliberations, the jury returned its verdict in open court, and it appearing to the Court that the verdict was properly signed, it was received and the verdict was ordered filed among the papers of this cause.

The jury's verdict being in favor of Defendant, finding that Defendant did not breach its contract with Plaintiff, the Court renders judgment for Defendant.

The jury also rendered verdict in favor of the Defendant Finding that the demand made by the Plaintiff or his attorney on June 17, 2015 in the amount of $25,781.25 was excessive.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Noe Bazan take nothing of and from Defendant State Farm Lloyds.

It is further **ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff's claims against Defendant are hereby **dismissed with prejudice**, with court cost assessed against Plaintiff.

Accordingly, the Court finds Defendant recover from Plaintiff the sum of $1,156.77 for costs taxed against Plaintiff.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant State Farm Lloyds, have and recover of and from:

Noe Bazan

c/o Davis Law Group
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/phone
(713) 337-4101/fax

the following:

1. The sum of One Thousand One Hundred Fifty-Six Dollars and Seventy-Seven cents ($1,156.77);

2. Post-judgment interest thereon at the rate of five percent (5%) per annum from the date of this judgment until paid, together with all costs of court including costs incurred in enforcement and collection in this behalf expended.

**IT IS FURTHER ORDERED** that Defendant is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment. This judgment is final, disposes of all claims and parties, and is appealable.

All other relief not expressly granted herein is hereby denied.

Done this 6th day of July, 2017 in McAllen, TX.

_____
**Honorable Micaela Alvarez**
**PRESIDING JUDGE**

AGREED AS TO FORM AND SUBSTANCE:

By: _____
Joshua P. Davis
DAVIS LAW GROUP
TSBN 24055379/ SDOTBN 1109971
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100/phone
(713) 337-4101/fax
**Attorney-in-Charge for Plaintiff**
**Noe Bazan**

**Of Counsel:**
Katherine Ray
DAVIS LAW GROUP
TSBN 24091634/SDOTBN 2627670

AGREED AS TO FORM ONLY:

By: _____
Sofia A. Ramon
ATLAS, HALL & RODRIGUEZ, LLP
TSBN 00784811/SDOTBN 20871
sramon@atlashall.com

3

818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
956-682-5501- Phone
956-686-6109- Fax
**Attorney-in-Charge for Defendant**
**State Farm Lloyds**


**OF COUNSEL:**
Elizabeth S. Cantu
ATLAS, HALL & RODRIGUEZ, LLP
TSBN 24013455 / SDOTBN 310028

4